# Court of Appeals
# of the State of Georgia

ATLANTA, August 07, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0034. MICHAEL D. SMITH et al v. CHESTNUT HOMEOWNERS ASSOCIATION, INC.

Chestnut Homeowners Association, Inc. ("The Association"), filed this lawsuit seeking to recover unpaid assessments against Michael Smith and Dana Smith. The trial court issued a final judgment in favor of The Association in the amount of $2,864.96. The Smiths then filed both this direct appeal and an application for discretionary review, which has been docketed as Case No. A25D0494. We lack jurisdiction over this direct appeal.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, while the Smiths properly followed the discretionary review procedure in Case No. A25D0494, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/07/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*